BRIDGET SHEEHAN, Appellant, *v.* JOHN GILBERT et al., Respondents.

(Submitted May 28, 1873, decided June 10, 1873.)

DECIDED upon the facts in the case.

*Elias J. Beach* for the appellant.

*W. B. Winterton & C. S. Woodhull* for the respondents.

PER CURIAM, opinion for reversal and new trial.. All concur.

Judgment reversed.